

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00272-CV

| | | |
|---|---|---|
| City of Willow Park, Texas | § | From the 43rd District Court |
| | § | of Parker County (CV11-1093) |
| v. | | |
| | § | February 6, 2014 |
| E.S. & C.M., Inc. | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order.

We affirm the trial court's order denying City of Willow Park, Texas's plea to the jurisdiction to the extent that the trial court did not dismiss E.S. & C.M., Inc.'s breach of contract claim. We reverse the trial court's order denying City of Willow Park, Texas's plea to the jurisdiction to the extent that the trial court did not dismiss E.S. & C.M., Inc.'s claim for quantum meruit and its request for attorney's fees on its breach of contract claim. We render a judgment dismissing E.S. & C.M., Inc.'s quantum meruit claim and its request for attorney's fees on its

breach of contract claim with prejudice, and we remand this case for further proceedings on E.S. & C.M., Inc.'s breach of contract claim

It is further ordered that appellant City of Willow Park, Texas and appellee E.S. & C.M., Inc. shall equally split all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Terrie Livingston_____
     Chief Justice Terrie Livingston